IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CORY ALAN SHEPHERD                                                                          PLAINTIFF

vs.                              Civil No. 6:10-cv-06035

MICHAEL J. ASTRUE                                                                          DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Now on this 25th day of May 2011 comes for consideration the Report and Recommendation dated May 4, 2011 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Fourteen (14) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation and dismisses Plaintiff's complaint without prejudice.

   **IT IS SO ORDERED.**

                                                           /s/ Robert T. Dawson
                                                           HON. ROBERT T. DAWSON
                                                           UNITED STATES DISTRICT JUDGE