IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CORY ALAN SHEPHERD                                                                              PLAINTIFF

vs.                                         Civil No.  6:10-cv-06035

MICHAEL J. ASTRUE                                                                              DEFENDANT
Commissioner, Social Security Administration

### REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before this Court is Plaintiff's Motion for Default Judgment.  ECF No. 8.  This Motion was filed on July 24, 2012.  *Id.*  On July 31, 2012, Defendant filed a response to this Motion.  ECF No. 9.  Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable Robert T. Dawson referred this Motion to this Court for the purpose of making a report and recommendation.  In accordance with that referral, this Court enters the following report and recommendation.

**1. Background:**

Plaintiff filed a complaint on May 13, 2010.  ECF No. 1.  Summons were issued and returned to Plaintiff for service on Defendant, the Social Security Administration Commissioner, the U.S. Attorney, and the U.S. Attorney General.  Plaintiff failed to meet the requirements of Rule 4(l) of the Federal Rules of Civil Procedure, requiring the person serving process to make proof of service thereof to the court and Rule 4(m) requiring service of the summons and complaint upon a defendant within 120 days after the filing of the complaint.

On April 4, 2011, this Court issued an Order To Show Cause and ordered Plaintiff to show cause, within fourteen (14) days of the Order, why the action against Defendant Social Security Administration should not be dismissed without prejudice for failure to prosecute.  ECF No. 5. Plaintiff failed to comply or respond to this Order.

On May 4, 2011, this court entered a Report and Recommendation and recommended Plaintiff's Complaint be dismissed for his failure to prosecute. ECF No. 6. On May 25, 2011, the Honorable Robert T. Dawson entered Judgment dismissing Plaintiff's Complaint. ECF No. 7.

According to Plaintiff's motion, he obtained service of his dismissed complaint on April 17, 2012, nearly one year after his complaint had been dismissed. ECF No. 8.

**2. Discussion**

The complaint in this matter was dismissed on May 25, 2011 for failure to prosecute, specifically for failing to serve the defendants with complaint and summons. The case was closed on that date. No appeal was taken by the Plaintiff. No motion or request was made to either set aside the Judgment dismissing the case or to reopen the case.

Further, before a court may enter default against the United States, its officers or agencies, the court must be satisfied that Plaintiff proved, through satisfactory evidence his right to relief. *See* FED. R. CIV. P. 55(d). Plaintiff's case was dismissed almost one year prior to his obtaining service on defendants. Accordingly, there is no pending complaint or claim in this matter and Plaintiff has not established a right to relief.

**3. Conclusion:**

Based on the foregoing, the undersigned finds the Plaintiff has failed to prove through satisfactory evidence his right to relief. This Court recommends the Plaintiff's Motion for Default Judgement be **DENIED.**

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the**

**district court.** *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

**ENTERED this 1st day of August 2012.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE