IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CORY ALAN SHEPHERD                                                                                            PLAINTIFF

v.                                            Civil No. 6:10-cv-06035

MICHAEL J. ASTRUE,
COMMISSIONER, SOCIAL                                                                                DEFENDANT
SECURITY ADMINISTRATION

## ORDER

      Before the Court is the Report and Recommendation filed August 1, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 10.  Judge Bryant recommends denying Plaintiff's Motion for Default Judgment.  No party has objected to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the Report and Recommendation (ECF No. 10) in its entirety.  Plaintiff's Motion for Default Judgment is **DENIED.**

      IT IS SO ORDERED, this 22nd day of August 2012.

                                                        /s/ Robert T. Dawson
                                                        HON. ROBERT T. DAWSON
                                                        UNITED STATES DISTRICT JUDGE